**FORMS TO BE COMPLETED BY PRISONERS FILING A CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. §1983 OR 28 U.S.C. 1331**

**COVER SHEET**

1:CV01-1220

THIS COVER SHEET CONTAINS IMPORTANT INFORMATION ABOUT FILING A COMPLAINT AND YOUR OBLIGATIONS IF YOU DO FILE A COMPLAINT. READ AND COMPLETE THE COVER SHEET BEFORE YOU PROCEED FURTHER.

********************************************************************

The cost for filing a civil rights complaint is $150.00.

If you do not have sufficient funds to pay the full filing fee of $150.00 you need permission to proceed *in forma pauperis*. However, the court will assess and, when funds exist, immediately collect an initial partial filing fee of 20 percent of the greater of:

1) the average monthly deposits to your prison account for the past six months; or

2) the average monthly balance in your prison account for the past six months.

Thereafter, the institution in which you are incarcerated will be required to make monthly payments of 20% of the preceding month's deposits credited to your account until the entire filing fee is paid.

**CAUTION: YOUR OBLIGATION TO PAY THE FULL FILING FEE WILL CONTINUE REGARDLESS OF THE OUTCOME OF YOUR CASE, EVEN IF YOUR COMPLAINT IS DISMISSED BEFORE THE DEFENDANTS ARE SERVED.**

********************************************************************

1. You shall file a complaint by completing and signing the attached complaint form and mailing it to the Clerk of court along with the full filing fee of $150.00. (In the event attachments are needed to complete the allegations in the complaint, no more than three (3) pages of attachments will be allowed.) If you submit the full filing fee along with the complaint, you DO NOT have to complete the rest of the forms in this packet. **Check here if you are submitting the filing fee with the complaint form. ____**

2. If you cannot afford to pay the fee, you may file a complaint under 28 U.S.C. §1915 without paying the full filing fee at this time by completing the following: (1) Complaint Form; (2) Application To Proceed In Forma Pauperis; and (3) Authorization Form. <u>You must properly complete, sign and submit all three standard forms or your complaint may be returned to you by the Clerk of Court</u>. **Check here if you are filing your complaint under 28 U.S.C. §1915 without full prepayment of fees. √**

**Please Note:** If your case is allowed to proceed and you are awarded compensatory damages against a correctional facility or an official or agent of a correctional facility, the damage award will first be used to satisfy any outstanding restitution orders pending. Before payment of any compensatory damages, reasonable attempts will be made to notify the victims of the crime for which you were convicted concerning payment of such damages. The restitution orders must be fully paid before any part of the award goes to you.

**DO NOT DETACH THE COVER SHEET FROM THE REST OF THE FORMS**

# FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

99P1603
(Inmate Number)

**CLYDE M. FERGUSON**
(Name of Plaintiff)

101 South Second Street, Apt. 912
Harrisburg, PA 17101
(Address of Plaintiff)

vs.

**WARDEN ROBERT A RAIGER**
**CAPTAIN ROBERT J. KARNES**
(Names of Defendants)

: 1 : CV01-1220
:
: _____
: (Case Number)
:
:
: COMPLAINT
:
: FILED
: SCRANTON
: JUN 2 9 2001
: PER _____
: DEPUTY CLERK

TO BE FILED UNDER:  __√__ 42 U.S.C. §1983 – STATE OFFICIALS
                    _____ 28 U.S.C. §1331 – FEDERAL OFFICIALS

I. Previous Lawsuits          N/A

   A. If you have filed any other lawsuits in federal court while a prisoner please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

   _____
   _____
   _____

II. Exhaustion of Administrative Remedies

   A. Is there a grievance procedure available at your institution?
      __√__Yes  _____No

   B. Have you filed a grievance concerning the facts relating to this complaint?
      __√__Yes  _____No

      If your answer is no, explain why not _____
      _____

   C. Is the grievance process completed?  __√__Yes  _____No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position on the second blank, and his/her place of employment in the third blank. Use Item B for the names, positions and places of employment of any additional defendants.)

    A. Defendant **Robert A. Raiger** is employed as **WARDEN** at **Lebanon County Prison.**

    B. Additional defendants: **Robert J. Karnes, CAPTAIN OF SECURITY of Lebanon County Prison.**

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

1. In Lebanon County Prison on the work release unit, there exist a group of inmates that consider themselves as a "committee". The committee are inmates who have been incarcerated in the prison for a long period of time, and therefore establish rules and regulations that any new inmates have to follow by. These rules and regulations are their personal requirements that specify, what an inmate can or cannot do in order to remain on the work release status.

2. I was placed on work release on November 8, 1999. Approximately after December 10th, committee members began to confront me with threats of abiding by their rules, i.e. they wanted inmates to pay for cleaning the living quarters and they were not pleased with the fact that I worked a different shift than they worked. This committee was extorting other inmates and using drugs in the prison facility. It was expressed that they had a contract with prison guards to allow them to get away with their violations of prison rules.

3. I was totally against abiding by any rules except those established by Lebanon County Prison. On January 31, 2000, I wrote a request to **Captain Robert J. Karnes**, explaining the situation about the committee.

4. Attached is a copy of the letter I wrote to an outside legal person explaining the incident as it Occurred. Also attached is a copy of the inmate request form I sent to **Captain Robert J. Karnes.** Although Captain Karnes responded (on the back of the request form) that I be "specific about my situation and circumstances", he is very well aware that to put down names of other inmates in a situation like this, would only have put me in further danger of my welfare in the work release unit. **Captain Karnes** could have and should have at least came to speak with me and at that time, I could have and would have given him the names of the committee persons.

5. On March 5, 2000, I wrote an inmate request form to the **Warden**. The Warden never responded. However, on March 6, 2000, the Warden came to see me in person and I explained my complaint. The Warden agreed that they were at fault. A copy of this request is also attached.

# UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**CLYDE M. FERGUSON**
    (Plaintiff)

v.

Robert A. Raiger, Warden
Robert J. Karnes, Captain of Security
    (Defendants)

**AFFIDAVIT/DECLARATION
IN SUPPORT OF REQUEST
TO PROCEED
IN FORMA PAUPERIS**

    I, CLYDE M. FERGUSON, certify that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress.

    I further state that the responses which I have made to questions and instructions below are true and correct.

1. Are you presently employed?  Yes____  No __x__

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.

   _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.

   March 14, 2000 – 7.50 per hour ($1,200 gross per month)

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or form of self-employment?  Yes____  No __x__

   b. Rent payments, interest or dividends?  Yes____  No __x__

   c. Pensions, annuities or life insurance payments?  Yes____  No __x__

   d. Gifts or inheritances?  Yes____  No __x__

   e. Any other sources?  Yes____  No  x

If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve. Months.

_____

_____

3. Do you own any cash, or do you have money in a checking or savings account?
   Yes _____    No __x__    (Include any funds in prison accounts.)

   If the answer is yes, state the amount of cash or the present balance in any account.

   _____

   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?    Yes _____    No __x__

   If the answer is yes, describe the property and state its approximate value.

   _____

   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   Children:  Taren Weadon        Son         (Pending domestic relation hearing 3/28/00)
              Marcel Ferguson     Son         (80.00 a week)
              Derrick Ferguson    Son         (50.00 a week)
              Crystal Hills       Daughter    (Pending domestic relation hearing)

   I understand that a false statement or answer to any questions in this affidavit/unsworn declaration will subject me to penalties for perjury.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on ___1/5/00_____
                                    Date

   ___Clyde M Ferguson_____
        Signature of Plaintiff

-2-

V.   Relief

(State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.)

1.   I request that the courts investigate this matter for negligence, in the sense that Captain Karnes had a responsibility, as the person designated to maintain the security of the prison, to investigate my request that my life was being threatened.  The Warden had a responsibility to, at least review the request I sent him regarding the complaint of negligence.  Both of these defendants neglected to fulfill their responsibility as prison officials, to protect the civil rights of all inmates.

It is my request that the court find that the defendants were negligent in their duties as a prison official.

Signed this ___1___ day of ___April___, 2000.

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

___4/1/00___              _____
(Date)                    (Signature of Plaintiff)

3

Nita: As of right now I'm sending you this request slip, it shows when I wrote to the Captain.

Brief: I wrote to Captain Karnes on 1-31-00 and explaining to him the situation and what I wanted to do. The request slip was so called sealed in an envelope and delivered to Capt Karnes. Two days later I recieved the request back in a sealed envelope, and at this time I feel as though every thing had been ignored, because of his responce, I don't see how much clear I need to be if I say someone threaten my life, and I would like to press charges.

I think I was totally explaining the situation. On the 6th of Feb, 00, One Persons that where involved in the fight sat down with another member of thier committe and 10 minutes approached me, At this point I was sucker punched on CAMERA, I then retaliated by slamming him over the wall and into my quarters were I began punching him in the head, not face head I hurt myself moore than I hurt him, He then screamed out for this other member of this committ get him of so After about 10 minutes I was pulled of the top of him, I still did not com down So I whent in to day room in camera view and smacked him in the face than He ran so I smacked him I the head with a chair splitting his

head open. At this point and time I feel no pain but what made me so mad was he hit me fiest and tried to back out of the fight, plus he pushed is thumb damb near threw my I to get me off of him it didnt work.

Now at the same time hes crying about staying on work release, I think he should have thought about that fiest. At this time I start going up the steps to the gaurd and the member of the comitt. says will both get kicked of work release. ~~scribbled out~~ Before I could turn around to return to the day room a gaurd came down the steps and seen this guy bleeding from his head. This gaurd never made him seek medical or say anything to my knoledge. My understanding was he called another comitt meber over and ask was it over, I told this member no then said yes and went to sleep the next morning my intire retna was rose red and could not take any light with out causing me head aches, I waited 24 hr on a major misconduct then not recieving it I ask to go to VA for medical attention, were I spent 7hr taking Ex-rays a eye test and given medication for eyes and head aches. Also cause me a day of work I am in need of the Help I wrote to the warden after we talked. 2/10/00

Copy 1

Form LCCF 81889-B

**LEBANON COUNTY CORRECTIONAL FACILITY**
730 EAST WALNUT STREET
LEBANON, PENNA. 17042

## INMATE REQUEST FORM

TID _____
PIN 99PP1603
BLOCK Out-mate
CELL 15-5
DATE 3-5-00

TO: THE WARDEN

FROM: Clyde M Ferguson

REQUEST: This is regarding my complaint of Negligence that I filed. As of today I have heard nothing from you. And I have requested copies of my request to you and it seems as always they's no answer so I am proceeding legally this request of my intent to file my case against the Clyde M Ferguson also and let you know that the [illegible] inmate signature which is to resolve [illegible]

Reply:

Approved: _____  Date: _____

Disapproved: _____  Reason: _____

Staff Member answering Inmate Request: _____

Requested. Now I am proceeding, with my legal rights, and sending a copy of this request to my legal advisor & attorney for further legal litigation. My 1983 will be filed as soon as possible. As soon as my letter reaches my legal team

Clyde M Ferguson

3/6/00 THE WARDEN came to see me personally I explained the situation and he agreed that they were at fault and that I should sew them.

He is saying they are under staffed and the county wont give them more funding for more guards so things like this will happen

Form LCCF 81889-B

**LEBANON COUNTY CORRECTIONAL FACILITY**
730 EAST WALNUT STREET
LEBANON, PENNA. 17042

**INMATE REQUEST FORM**

TID 38119
PIN 99D-1603
BLOCK Out-mate
CELL 15-5
DATE 1-31-06

TO: Captain Karnes

FROM: Clyde M Ferguson

REQUEST: To have a investigation on a member of a committe that has found to violate their rules and regulations and threats of death the threating was theatren and refuse to be mead because of their imposed rules and threats, Im a Clyde M Ferguson despite all the out Rules I should have to follow Replies ones set forth by the Institution Name will be given if beseeched or were deened to do what to press charges on this committe member to the fullest, or have him removed to deactivate this committe

Approved: _____  Inmate Signature [signature]
Disapproved: _____  Date: _____
Staff Member answering Inmate Request: Reason:
ROBERT J. KARNES [signature] 1/31/06
CAPTAIN OF SECURITY

Be specific about your situation and the circumstances that require pressing charges.