UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**1 : CV01-1220**

CLYDE M. FERGUSON
(Plaintiff)

v.

Robert A. Raiger, Warden
Robert J. Karnes, Captain of Security
(Defendants)

AFFIDAVIT/DECLARATION
IN SUPPORT OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

COPY RECEIVED SCRANTON APR 6 2000 PER ___ DEPUTY CLERK

FILED SCRANTON JUN 29 2001 PER ___ DEPUTY CLERK

I, CLYDE M. FERGUSON, certify that I am the plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress.

I further state that the responses which I have made to questions and instructions below are true and correct.

1. Are you presently employed?   Yes_____   No __x__

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.

    _____

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.

    March 14, 2000 – 7.50 per hour ($1,200 gross per month)

2. Have you received within the past twelve months any money from any of the following sources?

    a. Business, profession or form of self-employment?   Yes_____   No __x__

    b. Rent payments, interest or dividends?   Yes_____   No __x__

    c. Pensions, annuities or life insurance payments?   Yes_____   No __x__

    d. Gifts or inheritances?   Yes_____   No __x__

    e. Any other sources?   Yes_____   No __x__

- If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve. Months.

_____

_____

3. Do you own any cash, or do you have money in a checking or savings account?
   Yes _____    No __x__   (Include any funds in prison accounts.)

   If the answer is yes, state the amount of cash or the present balance in any account.

   _____

   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?   Yes _____   No __x__

   If the answer is yes, describe the property and state its approximate value.

   _____

   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   Children:  Taren Weadon      Son       (Pending domestic relation hearing 3/28/00)
              Marcel Ferguson   Son       (80.00 a week)
              Derrick Ferguson  Son       (50.00 a week)
              Crystal Hills     Daughter  (Pending domestic relation hearing)

   I understand that a false statement or answer to any questions in this affidavit/unsworn declaration will subject me to penalties for perjury.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on ___1/4/00_____
                         Date

   ____Clyde M Ferguson_____
                Signature of Plaintiff

-2-

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I request that the courts investigate this matter for negligence, in the sense that Captain Karnes had a responsibility, as the person designated to maintain the security of the prison, to investigate my request that my life was being threatened. The Warden had a responsibility to, at least review the request I sent him regarding the complaint of negligence. Both of these defendants neglected to fulfill their responsibility as prison officials, to protect the civil rights of all inmates.

It is my request that the court find that the defendants were negligent in their duties as a prison official.

Signed this ___1___ day of ___April___, 2000.

_____Clyde M Ferguson_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

___5/1/00___                    _____Clyde M Ferguson_____
(Date)                          (Signature of Plaintiff)

3